IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LYNNE CEBULSKE,

Plaintiff,

v.

JOHNSON & JOHNSON, JOHNSON &JOHNSON
CONSUMER COMPANIES, INC., IMERYS TALC
AMERICA, INC., f/k/a LUZENAC AMERICA, INC.,
and PERSONAL CARE PRODUCTS COUNCIL
f/k/a COSMETIC, TOILETRY, AND FRAGRANCE
ASSOCIATION (CTFA),                                          No. 14-cv-627-DRH-SCW

Defendants.

### ORDER

HERNDON, District Judge:

This matter is before the Court on Plaintiff Lynne Cebulske's motion to voluntary dismiss her case without prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) (Doc. 73). Rule 41(a)(2) provides that, in the absence of a stipulation of dismissal signed by all parties, only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment. In this instant matter, defendants filed notices (Docs. 74 & 75)

consenting to dismissal of this case without prejudice. Accordingly, the Court **DISMISSES** this case without prejudice and **DIRECTS** the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Signed this 21st day of May, 2015.

Digitally signed by
David R. Herndon
Date: 2015.05.21
15:45:55 -05'00'

**United States District Judge**